IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| ALEXANDER JAMES BURKE | NO. 14-0565 |
| Defendant. | |

FILED
NOV - 9 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 9th day of November 2016, it is **ORDERED** that a status hearing in this case will be held on **November 18, 2016 at 4:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Defendant is permitted to appear by way of videoconference.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.