IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | FILED | |
| v. | NOV - 9 2016 | CRIMINAL ACTION |
| ALEXANDER JAMES BURKE | LUCY V. CHIN, Interim Clerk<br>By _____ Dep. Clerk | NO. 14-0565 |
| Defendant. | | |

## ORDER

**AND NOW**, this 9th day of November 2016, upon consideration of Defendant's Second Motion to Compel Siemens (Doc. No. 89), United States' Response (Doc. No. 90), Defendants' Reply (Doc. No. 91), and for reasons stated on the record by the Court at the hearing on the Motion held this day, it is **ORDERED** that Defendants Motion to Compel (Doc. No. 89) is **GRANTED** in accordance with the Courts' directions to Counsel for Siemens at the hearing on the Motion.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.